UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELDON SILVERSTEIN, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>TD AMERITRADE HOLDING CORPORATION, and TD AMERITRADE, INC., f.k.a TD WATERHOUSE INVESTOR SERVICES, INC.,<br><br>*Defendants*. | No. 08-CV-5467 (GBD)<br>Hon. George B. Daniels<br><br>ECF Case |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendants TD Ameritrade Holding Corporation and TD Ameritrade, Inc.

    I certify that I am admitted to practice in this Court.

Dated: July 8, 2008

                                                                           s/
                                                Richard J. Morvillo (RM 0441)
                                                MAYER BROWN LLP
                                                1909 K Street, N.W.
                                                Washington, D.C. 20006
                                                Telephone: 202-263-3000
                                                Facsimile: 202-263-3300
                                                rmorvillo@mayerbrown.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of July, 2008, the foregoing Notice of Appearance was served on the following counsel of record via the ECF system and First-class mail:

Eduard Korsinsky
Joseph E. Levi
Juan E. Monteverde
ZIMMERMAN LEVI & KORSINSKY, LLP
39 Broadway, Suite 1601
New York, NY 10006
(212) 363-7500

*Counsel for Plaintiff Silverstein*

Aaron Michael Sheanin
Daniel Charles Girard
Jonathan K. Levine
GIRARD GIBBS & DE BARTOLOMEO, LLP
601 California Street
14th Floor
San Francisco, CA 94108
(415) 981-4800

*Counsel for The Jones Group*

Norman E. Siegel
STUEVE SIEGEL LAW FIRM
460 Nichols Road, Suite 200
Kansas, MO 64112
(816) 714-7112

*Counsel for The Jones Group*

Christopher Adam Seeger
David R. Buchanan
Stephen A. Weiss
SEEGER WEISS LLP
One William Street, 10th Floor
New York, NY 10004
(212) 584-0700

*Counsel for The Jones Group*

Craig F. Martin
LAMSON, DUGAN LAW FIRM
10306 Regency Parkway Drive
Omaha, NE 68114
(403) 397-7300

*Counsel for The Jones Group*


                                                                         s/
                                        Richard J. Morvillo
                                        MAYER BROWN LLP
                                        1909 K Street, N.W.
                                        Washington, D.C. 20006
                                        (202) 263-3290

*Counsel for Defendants*
*TD Ameritrade Holding Corp. and*
TD Ameritrade, Inc.