UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SHELDON SILVERSTEIN, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>TD AMERITRADE HOLDING CORPORATION, and TD AMERITRADE, INC., f.k.a TD WATERHOUSE INVESTOR SERVICES, INC.,<br><br>*Defendants*. | No. 08-CV-5467 (GBD)<br>Hon. George B. Daniels<br><br>ECF Case |

RULE 7.1 DISCLOSURE STATEMENT

Defendants, by their undersigned attorneys, make the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant TD Ameritrade, Inc. is a wholly-owned subsidiary of TD Ameritrade Holding Corporation, which in turn is a publicly held corporation. No publicly-held corporation holds ten or more percent ownership in TD Ameritrade Holding Corporation.

Dated: July 8, 2008

Respectfully submitted,

         s/
Richard J. Morvillo (RM 0441)
William M. Mann
Elizabeth L. Gibbons
MAYER BROWN LLP
1909 K. Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
rmorvillo@mayerbrown.com
wmann@mayerbrown.com
egibbons@mayerbrown.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 8th day of July, 2008, the foregoing Rule 7.1 Disclosure Statement was served on the following counsel of record via the ECF system and First-class mail:

| | |
|---|---|
| Eduard Korsinsky<br>Joseph E. Levi<br>Juan E. Monteverde<br>ZIMMERMAN LEVI & KORSINSKY, LLP<br>39 Broadway, Suite 1601<br>New York, NY 10006<br>(212) 363-7500<br><br>*Counsel for Plaintiff Silverstein* | Christopher Adam Seeger<br>David R. Buchanan<br>Stephen A. Weiss<br>SEEGER WEISS LLP<br>One William Street, 10th Floor<br>New York, NY 10004<br>(212) 584-0700<br><br>*Counsel for The Jones Group* |
| Aaron Michael Sheanin<br>Daniel Charles Girard<br>Jonathan K. Levine<br>GIRARD GIBBS & DE BARTOLOMEO, LLP<br>601 California Street<br>14th Floor<br>San Francisco, CA 94108<br>(415) 981-4800<br><br>*Counsel for The Jones Group* | Craig F. Martin<br>LAMSON, DUGAN LAW FIRM<br>10306 Regency Parkway Drive<br>Omaha, NE 68114<br>(403) 397-7300<br><br>*Counsel for The Jones Group* |

Norman E. Siegel
STUEVE SIEGEL LAW FIRM
460 Nichols Road, Suite 200
Kansas, MO 64112
(816) 714-7112

*Counsel for The Jones Group*

                                                               s/
                                      Richard J. Morvillo
                                      MAYER BROWN LLP
                                      1909 K Street, N.W.
                                      Washington, D.C. 20006
                                      (202) 263-3290

                                      *Counsel for Defendants*
                                      *TD Ameritrade Holding Corp. and*
                                      *TD Ameritrade, Inc.*